FILED & ENTERED

APR 04 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRYSTAL CATHEDRAL MINISTRIES,<br>a California nonprofit corporation,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 2:12-bk-15665-RK<br><br>Chapter 11<br><br>ERRATUM TO MEMORANDUM DECISION AND ORDER ON JOINT MOTION OF REORGANIZED DEBTOR AND PLAN AGENT FOR AN AWARD OF COSTS AND ATTORNEYS FEES UNDER 17 U.S.C. § 505 AND ORDER THEREON |

    The Memorandum Decision and Order on Joint Motion of Reorganized Debtor and Plan Agent for an Award of Costs and Attorneys Fees under 17 U.S.C. § 505 and Order thereon, entered in this case on March 28, 2016, is hereby amended as follows:

    The text on page 5, lines 13 to 25, is hereby amended by inserting the words "the Copyright Claims of" before the word "Claimants" on line 13 to read as follows:

> "Here, the Copyright Claims of Claimants Robert H. Schuller, Robert Harold Inc. and Arvella Schuller were objectively weak, if not reasonable in fact or law, and thus, frivolous, because they offered no credible evidence at trial in support of their Copyright Claims as discussed in the Amended Memorandum Decision [Docket No. 1414] at 3-18, 26-39 (e.g., Robert

Schuller admitting at trial that he had no knowledge of any copyright infringement by Debtor of his intellectual property, which he had given Debtor a broad license to use, and Debtor owned the copyrights to Hour of Power intellectual property, and that the uncontroverted evidence indicated that to the extent that Robert Schuller and Arvella Schuller created any Hour of Power intellectual property, it was created during the scope of their employment with Debtor as "works for hire"). See Federal Rule of Bankruptcy Procedure 9011(b)(3)."

**IT IS SO ORDERED.**

Date: April 4, 2016

_____
Robert Kwan
United States Bankruptcy Judge